UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

CASE NO.: 1:21-MC-21760-FAM

Related Case No. 6:18-CV-1836-ORL-28GJK
(Pending In the United States District Court for the Middle District of Florida)

UNITED STATES OF AMERICA,

       Plaintiff,

and

LUCIA HURTADO, NOEMI ROMAN,
and ARGENTINA ROQUE,

       Plaintiff-Intervenors,

v.

ADVOCATE LAW GROUPS OF
FLORIDA, P.A., et al.,

       Defendants.

_____/

## NOTICE OF FILING CIVIL COVER SHEET

    Defendants, ADVOCATE LAW GROUPS OF FLORIDA, P.A. ("ALGF"), JON

LINDEMAN, JR. ("Mr. Lindeman"), and EPHIGENIA K. LINDEMAN ("Mrs. Lindeman")

(collectively the "Defendants"), through their counsel, notify the Court and all interested parties

of their filing of the Civil Cover Sheet, pursuant to the DE 3.

Respectfully Submitted,

*/s/ Joshua M. Entin, Esquire*
Joshua M. Entin, Esquire (Trial Counsel)
Florida Bar No: 0493724
**ENTIN LAW GROUP, P.A.**
633 S. Andrews Avenue, Suite 500
Ft. Lauderdale, Florida 33301
Tel:   (954) 761-7201
E-mail: josh@entinlaw.com
***Co-counsel for Defendants***

/s/*Michael L. Elkins*
Michael L. Elkins, Esquire
Florida Bar No. 523781
**MLE LAW**
633 S. Andrews Avenue, Suite 500
Ft. Lauderdale, Florida 33301
Tel: (954) 401-2608
E-mail: melkins@mlelawfirm.com
***Co-counsel for Defendants***

## <u>CERTIFICATE OF SERVICE</u>

**I HEREBY CERTIFY** that on May 10, 2021, I electronically filed the forgoing document with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel of record or pro se parties identified on the attached Service List in the manner specified, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

/s/*Michael L. Elkins*
Michael L. Elkins

2

## <u>SERVICE LIST</u>

*United States of America. v. Advocate Law Groups of Florida, P.A., et. al*
CASE NO.: 1:21-MC-21760-FAM

Related Case No. 6:18-CV-1836-ORL-28GJK
(Pending in the United States District Court for the Middle District of Florida)

**Audrey M. Yap, Esq.**
United States Department of Justice
Civil Rights Division
950 Pennsylvania Avenue NW-NWB
Washington, DC 20530
Tel: (202) 353-1339
Fax: (202) 514-1116
E-mail: Audrey.Yap@usdoj.gov
*Attorney for the United States of America*

**Michelle Teresa Garcia, Esq.**
United States Department of Justice
Civil Rights Division
950 Pennsylvania Avenue NW-NWB
Washington, DC 20530
Tel: (202) 305-3826
E-mail: Michell.Garcia@usdoj.gov
*Attorney for the United States of America*

**Tiffany Cummins Nick, Esq.**
Assistant United States Attorney
United States Attorney's Office
Middle District of Florida
400 West Washington Street, Suite 3100
Orlando Florida 32801
Tel: (407) 648-7500
Fax: (407) 648-7643
E-mail: Tiffany.Nick@usdoj.gov
*Attorney for the United States of America*

**Charla D. Jackson, Esq.**
U.S. Dept. of justice
Housing & Civil Enforcement Section
950 Pennsylvania Avenue, N.W. 4CON
Suite 8.1122
Tel: (202) 514-1116
E-mail: charla.jackson@usdoj.com
*Attorney for the United States of America*

**Yohance A Pettis, Esq.**
Assistant United States Attorney
United States Attorney's Office
Middle District of Florida
400 North Tampa Street, Suite 3200
Tampa, Florida 33602
Tel: (813) 274-6000
Fax: (813) 274-6198
E-mail: Yohance.Pettis@usdoj.gov
*Attorney for the United States of America*

**Catherine N. Sellers, Esq.**
U.S. Department of Justice
950 Pennsylvania Avenue, 4CON
Washington, DC 20530
Tel: (202) 598-0696
Fax: (202) 514-1005
E-mail: Catherine.sellers@usdoj.gov
*Attorney for the United States of America*

**Alicia K. Magazu, Esq.**
Community Legal Services of Mid-Florida
128 Orange Avenue. Ste. 100
Daytona Beach, FL 32114
Tel: (386) 244-6573
Fax: (386) 257-6824
E-mail: aliciam@clsmf.org
*Attorney for Lucia Hurtado,*
*Noemi Roman, and Argentina Roque*

**Michael Tierney, Esq.**
Michael Tierney, P.A.
2433 Lee Rd.
Winter Park, FL 32789
Tel: (407) 740-0074
Fax: (407) 740-0079
E-mail: michael@tierneylaw.us
*Attorney for Lucia Hurtado,*
*Noemi Roman, and Argentina Roque*

**Jeffrey R. Hussey, Esq.**
Community Legal Services of Mid-Florida
122 E. Colonial Dr., Ste 200
Orlando, FL 32801
Tel: (407) 705-5106
Fax: (877) 483-4420
E-mail: jeffreyh@clsmf.org
*Attorney for Lucia Hurtado,*
*Noemi Roman, and Argentina Roque*